UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES,

              -against-

EDWIN MALDONADO,

-----------------------------------------------------------X

21 **CIVIL** 9357 (GHW)
09 **CR.** 339 (GHW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 16, 2021, Mr. Maldonado's petition is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, case number 21cv9357 is closed.

**DATED:** New York, New York
         November 17, 2021

                                                RUBY J. KRAJICK
                                                Clerk of Court
                         BY:
                                                  Deputy Clerk